RECEIVED
USDC, WESTERN DIST
ROBERT H. SHEMWELL, CLERK
DATE 02/14/07

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JESS WILLARD MORELAND, JR.<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 02CR60047-01<br><br>USM Number: 09966-035<br><br>Robert Marin<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) SC3, SC5,SP7,SP1,SP5, &SP6 referred to as Counts 1,2, &3 in Open Court of the term of supervision.

[ ] was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|

See next page.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Xxx/xx/9416<br><br>xx/xx/1954<br><br>09966-035<br><br>None<br><br>None | February 2, 2007<br>Date of Imposition of Sentence<br><br>*(signature)*<br>Signature of Judicial Officer<br><br>TUCKER L. MELANÇON, United States District Judge<br>Name & Title of Judicial Officer<br><br>February 14, 2007<br>Date |

COPY SENT
DATE 2/15/07
BY ___
TO ___ USA Collections (cc)
       USM (3cc)
       USPD (3cc)

AO245B   Judgment in a Criminal Case for Revocation (Rev. 8/01)
　　　Sheet I

Judgment - Page 2 of 3

CASE NUMBER:   02CR60047-01
DEFENDANT:   Jess Willard Moreland,Jr.

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| SC3 | The defendant is to answer truthfully all inquires by the probation officer and follow the instructions of the probation officer. | 12/28/2006 |
| SC5 | The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. | 12/28/2006 |
| SC7 | Upon release from imprisonment the defendant is to find employment immediately and is to notify the United States Probation Officer within 12 hours of employment, and is to maintain employment. | 12/28/2006 |
| SP1 | The defendant shall notify the United States Probation Officer within 12 hours of coming in from work. | 12/05/2006 |
| SP5 | Submit Monthly Supervision reports to the United States Probation Officer within 2 days of deadline. | 11/2006 |
| SP6 | Pay any remaining restitution from the original judgment imposed on November 20, 1998, to commence 45 days from release. | 09/2006 |

| | | Judgment - Page 3 of 3 |
|---|---|---|
| DEFENDANT: | JESS WILLARD MORELAND, JR. | |
| CASE NUMBER: | 02CR60047-01 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months .

As to Count 1 - 24 months
As to Count 2 - 6 months
As to Count 3 - 6 months
Said counts are to run consecutively.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ [ ] a.m.   [ ] p.m.   on ___ .
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___ .
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                  _____
                                                  UNITED STATES MARSHAL

                                                  By _____
                                                  DEPUTY UNITED STATES MARSHAL